**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**


DAVID BENNETT                                                          PLAINTIFF

v.                                    Case No. 2:16-CV-2049

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                         DEFENDANT


## ORDER

The Court has received proposed findings and recommendations (Doc. 11) from Chief

United States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful

review, the Court concludes that the findings and recommendations should be, and hereby are,

approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be

entered accordingly.

**IT IS SO ORDERED** this 8th day of May, 2017.

*/s/ P. K. Holmes, III*
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE